■ In the Matter of LIGHTHOUSE POINTE PROPERTY ASSOCIATES LLC, Respondent, v NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION et al., Appellants. [878 NYS2d 926]—Motion for reargument denied. Motion for leave to appeal

to the Court of Appeals granted. Present—Smith, J.P., Centra, Fahey and Green, JJ.